# Third District Court of Appeal

## State of Florida

Opinion filed October 18, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-2877
Lower Tribunal No. 14-891-A-K

_____

**The State of Florida,**
Appellant,

vs.

**Derek Lang Shine Jr.,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Pamela Jo Bondi, Attorney General, and Robert Martinez Biswas, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Harvey J. Sepler and Jeffrey Paul DeSousa, Assistant Public Defenders, for appellee.

Before SUAREZ, EMAS, and LOGUE, JJ.

SUAREZ, J.

The State of Florida appeals from the downward departure sentence imposed on Derek Lang Shine on December 22, 2015. We reverse and remand for the

reasons set forth in the opinion rendered in <u>State v. Shine</u>, 42 Fla. L. Weekly D1832 (Fla. 3d DCA Aug. 23, 2017) (consolidating 3D15-2876 and 3D15-2877 under case no. 3D15-2876).